ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone (949) 299-0188
Facsimile (949) 299-0127

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PLANT REVOLUTION, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>WALTER TRENT KIRKLEY, an individual; OCEANA NUTRIENTS, LLC, a California limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants.<br><br>**AND ALL RELATED COUNTERCLAIMS** | Case No. 5:18-cv-01549-RGK-KK<br>Assigned for all purposes to:<br>Hon. Judge R. Gary Klausner<br>Courtroom 850<br><br>**[~~PROPOSE~~] ORDER TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE** |

1
[PROPOSED] ORDER TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE

ORDER

Based on the stipulation of the parties, and good cause appearing thereof:

The release by Plaintiff PLANT REVOLUTION, INC. of all claims and potential claims, it has or may have against Defendants WALTER TRENT KIRKLEY and OCEAN NUTRIENTS, LLC (collectively, "Defendants") of all causes of actions asserted in Plaintiff's Complaint, is hereby APPROVED;

The release by Defendants of all claims and potential claims, they have or may have against Plaintiff for all causes of actions asserted in Defendants' Counter-Complaint, is hereby APPROVED;

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

This Court will also retain jurisdiction of this matter solely for the purpose of enforcing the terms and conditions of the settlement and release.

**IT IS SO ORDERED**

Dated: August 6, 2019

_____
Hon. Judge R. Gary Klausner
United States District Judge

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone (949) 299-0188
Facsimile (949) 299-0127

2
[PROPOSED] ORDER TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE